AO 247 (02/08)   Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the
## Northern District of Florida

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| GARY VENNING ) | Case No: 3:99cr29/LAC |
| ) | USM     53584-004 |
| Date of Previous Judgment:  3 January 2000 ) | |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of   ☐ the defendant   ☐ the Director of the Bureau of Prisons   ☒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
  ☒ **DENIED.**   ☐ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____ .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level:     35           Amended Offense Level:     35
Criminal History Category:  VI           Criminal History Category:  VI
Previous Guideline Range:  292 to 365 months   Amended Guideline Range:  292 to 365 months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☒ Other (explain):   The present sentence of 170 months is a significant departure from the applicable guidelines and the mandatory minimum of life. The mandatory minimum of life still applies and, despite the reduction in the guidelines, the sentence of 170 months is still appropriate.

**III. ADDITIONAL COMMENTS**



Except as provided above, all provisions of the judgment dated  3 January 2000  shall remain in effect.
**IT IS SO ORDERED.**

Order Date:   4 March 2008                                              s/*L.A. Collier*
                                                                                                      Judge's signature

Effective Date: _____                                Lacey A. Collier, Senior U.S. District Judge
             (if different from order date)                                   Printed name and title